UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAURENZA EDWARDS,
    Plaintiff,

vs.                                    Case No.:  3:23cv2307/RV/ZCB

COMMISSIONER OF INTERNAL
REVENUE,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 13, 2023.  (Doc. 7).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 7) is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion for Summary Judgment is **DENIED without prejudice** as premature.

3. The Clerk of Court is directed to enter judgment in accordance with this order.

**DONE AND ORDERED** this 15th day of March 2023.

/s/ Roger Vinson           /
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**