UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAURENZA EDWARDS,
      Plaintiff,

vs.                              Case No.: 3:23cv02307/RH/ZCB

COMMISSIONER OF INTERNAL
REVENUE,
      Defendant.
_____/

## <u>REPORT AND RECOMMENDATION</u>

Plaintiff, proceeding *pro se* and *in forma pauperis*, commenced this action by filing a complaint on January 27, 2023. (Docs. 1, 6). On August 28, 2023, the Court ordered Plaintiff to file an amended civil rights complaint within fourteen days. (Doc. 26). The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal of this case. (*Id.* at 8-9).

Plaintiff did not file an amended complaint by the deadline. Therefore, on September 18, 2023, the Court gave Plaintiff fourteen days to show cause as to why this case should not be dismissed for failure to comply with a Court order. (Doc. 29). The Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal of this case. (*Id.*). The deadline for compliance with

1

the show cause order has passed, and Plaintiff has not responded.  Consistent with the warnings the Court previously provided to Plaintiff, this case should be dismissed for failure to comply with the Court's orders.  *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed by the district court).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

2. All pending motions be **DENIED as moot**.

3. The Clerk of Court be directed to close the case.

At Pensacola, Florida, this 10th day of October 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate**

judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.