IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEAURENZA EDWARDS,

    Plaintiff,

v.                                                CASE NO. 3:23cv2307-RH-ZCB

COMMISSIONER OF INTERNAL
REVENUE,

    Defendant.

_____/

## ORDER OF DISMISSAL

The plaintiff filed this case in 2023 seeking to enjoin the Internal Revenue Service's assessment of penalties relating to unpaid 2010 taxes. The case is before the court on the magistrate judge's report and recommendation, ECF No. 31, and the objections, ECF No. 33. I have reviewed de novo the issues raised by the objections.

The magistrate judge entered an order on August 28, 2023 correctly concluding the first amended complaint failed to state a claim on which relief could be granted. The order provided a full explanation. The order gave the plaintiff leave to file a second amended complaint by September 11, 2023.

Case No. 3:23cv2307-RH-ZCB

The plaintiff missed the deadline. The magistrate judge entered an order on September 18, 2023 requiring the plaintiff to show cause by October 2, 2023 why the case should not be dismissed for failure to file a second amended complaint as ordered. The plaintiff filed no response. On October 10, 2023, the magistrate judge entered the report and recommendation now before the court, concluding that the action should be dismissed for failure to comply with the earlier orders.

On October 18, 2023, the plaintiff filed objections to the report and recommendation and a motion to extend the missed deadline to file a second amended complaint. The plaintiff also submitted a proposed second amended complaint.

The plaintiff gave no adequate explanation for missing the earlier deadlines. Managing the court's hundreds of pro se filings is difficult enough without allowing filers to ignore deadlines until dismissal is imminent. This order denies the motion to extend the deadline to file a second amended complaint. The order accepts the recommendation for dismissal.

An alternative basis for dismissal is that the proposed second amended complaint fails to state a claim on which relief can be granted. This is so for the reasons set out in the magistrate judge's August 28 order. In the second amended complaint, the plaintiff has made no effort at all to come to grips with the deficiencies identified in the August 28 order.

IT IS ORDERED:

1. The motion, ECF No. 34, to extend the deadline to file a second amended complaint is denied.

2. The report and recommendation, ECF No. 31, is accepted and adopted as the court's further opinion.

3. The clerk must enter judgment stating, "This case is dismissed for failure to comply with a court order and failure to state a claim on which relief can be granted."

4. All other pending motions are denied as moot.

5. The clerk must close the file.

SO ORDERED on October 23, 2023.

                                s/Robert L. Hinkle
                                United States District Judge